# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00666-CV

**In re Valerie Thomas Bahar, M.D., et al.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Valerie Thomas Bahar, M.D.; Valerie Thomas Bahar, M.D., P.A.; Shalanda D. Moore; and Joseph R. Willie, II (collectively "Bahar") filed a petition for writ of prohibition asking this Court to order the trial court not to conduct a hearing scheduled for October 9, 2012 on a motion to refer three cases to mediation. Notice of the hearing date was served on September 27 and Bahar filed the petition for writ of prohibition on October 8. Because the trial court conducted the hearing on October 9 as scheduled, the petition for writ of prohibition is moot and is therefore dismissed for lack of jurisdiction.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed: October 12, 2012